IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

FILED
DEC 15 2025
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:25-MJ-96 |
| | ) (Misdemeanor) |
| SETH C. SPRADLIN | ) VA 19 |
| | ) |
| | ) Court Date: 12 January, 2026 |
| | ) Time: 8:30 a.m. |

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor) Ticket No. E2506201

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 16, 2025 at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, SETH C. SPRADLIN did unlawfully violate Defense Property Security Regulations by attempting to enter covered property without the proper identification. (In violation of Title 50 United States Code, Section 797).

LINDSEY HALLIGAN
UNITED STATES ATTORNEY AND SPECIAL ATTORNEY

By: _____
MARGARET L. BALLANTYNE
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-4393
Emai: Margaret.l.ballantyne.mil@army.mil

## CERTIFICATE OF SERVICE

I certify that on _____, 2025, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant and to any counsel for the defendant known to the Government in the above-styled case.

*[signature]*
MARGARET L. BALLANTYNE
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Virginia 23604